IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION



| | |
|---|---|
| NAEEM M. ABDURRAHMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS, DALE E. KLEIN, LARRY R. FAULKNER, SHELDON EKLAND-OLSON, BEN G. STREETMAN, NEAL E. ARMSTRONG, SHELDON LANDSBERGER and J. PARKER LAMB,<br><br>　　Defendants. | Civil Action No. A-00-CA-813 JN |

## ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION FOR RULE 7 REPLY

The motion for Rule 7 reply of Defendants Klein, Faulkner, Ekland-Olson, Streetman, Armstrong, Landsberger and Lamb is denied.

SIGNED at Austin, Texas, this 22ⁿᵈ day of MARCH, 2001.

JAMES NOWLIN
United States District Judge