IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED
MAY 2 2 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| NAEEM M. ABDURRAHMAN | § § | |
| v. | § § | CIVIL NO. A-00-CA-813 JN |
| THE UNIVERSITY OF TEXAS, et. al. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss Claims Against University of Texas and Individual Defendants in Their Official Capacity (Clerk's Doc. No. 13) filed 4 May 2001. No party to this cause has filed a timely response in opposition to this Motion. Therefore, the Court will grant Plaintiff's Motion as unopposed pursuant to Western District of Texas Local Rule CV-7(d).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant The University of Texas and against the individual Defendants in their official capacity are hereby DISMISSED.

SIGNED AND ENTERED this 22nd day of May, 2001.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE