IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED

JUN 0 1 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| NAEEM M. ABDURRAHMAN | § § | |
| v. | § § | CIVIL NO. A-00-CA-813 JN |
| THE UNIVERSITY OF TEXAS, et. al. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Reconsideration of Dismissal of Claims (Clerk's Doc. No. 15) filed 30 May 2001. The Court is of the opinion that the Motion is meritorious and should be granted. In addition, the Court is going to require Defendants to submit a Reply to the portions of Plaintiff's Motion dealing with the substantive dismissal of claims.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Unopposed Motion for Reconsideration of Dismissal of Claims is hereby GRANTED. Accordingly, the Court's Order of 22 May 2001 dismissing some of Plaintiff's claims is hereby VACATED.

IT IS FURTHER ORDERED that Defendants shall submit a Reply to Plaintiff's Motion no later than 11 June 2001. Failure to do so will result in Plaintiff's Motion being granted as unopposed.

SIGNED AND ENTERED this 1st day of June, 2001.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE

17