IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NAEEM M. ABDURRAHMAN, §
    *Plaintiff*, §
§
v. §
§
§
THE UNIVERSITY OF TEXAS, §
DALE E. KLEIN, § CIVIL ACTION NO. A 00 CA 813 JN
LARRY R. FAULKNER, §
SHELDON EKLAND-OLSON, §
BEN G. STREETMAN, §
NEAL E. ARMSTRONG, §
SHELDON LANDSBERGER and §
J. PARKER LAMB, §
    *Defendants*. §

---

## DEFENDANTS' DESIGNATION OF POTENTIAL WITNESSES AND PROPOSED EXHIBITS

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME the Defendants, THE UNIVERSITY OF TEXAS, DALE E. KLEIN, LARRY R. FAULKNER, SHELDON EKLAND-OLSON, BEN G. STREETMAN, NEAL E. ARMSTRONG, SHOLDON LANDSBERGER AND J. PARKER LAMB ("Defendants"), and file this, their Designation of Potential Witnesses and Proposed Exhibits.

### POTENTIAL FACT WITNESSES

1. Dale E. Klein, Ph.D.
   Vice-Chancellor
   University of Texas at Austin
   Austin, TX 78713
   512/471-3434

   Dr. Klein is expected to testify to the same effect as his testimony at the hearing of

Plaintiff's grievance concerning the denial of his application for tenure as well as concerning other issues related to Plaintiff's allegations.

    2. Larry R. Faulkner
       President
       University of Texas at Austin
       Austin, TX 78713
       512/471-3434

President Faulkner is expected to testify regarding the decision to deny Plaintiff's application for tenure, the University's policies and procedures concerning tenure, and other issues related to Plaintiff's allegations.

    3. Sheldon Ekland-Olson
       Executive Vice-President and Provost
       University of Texas at Austin
       Austin, TX 78713
       512/471-3434

Provost Ekland-Olson is expected to testify regarding the decision to deny Plaintiff's application for tenure, the University's policies and procedures concerning tenure and how they have been applied, University accounting and/or budgeting practices concerning grants and research associated with those grants, and other issues related to Plaintiff's allegations.

    4. Ben G. Streetman
       Dean of the College of Engineering
       University of Texas at Austin
       Austin, TX 78713
       512/471-3434

Dean Streetman is expected to testify to the same effect as his testimony at the hearing of Plaintiff's grievance concerning the denial of his application for tenure as well as concerning other issues related to Plaintiff's allegations.

5. Neal A. Armstrong
   Dean of Academic Affairs
   University of Texas at Austin
   Austin, TX 78713
   512/471-3434

Dean Armstrong is expected to testify regarding the decision to deny Plaintiff's application for tenure, the University's policies and procedures concerning tenure and how they have been applied, University accounting and/or budgeting practices concerning grants and research associated with those grants, and other issues related to Plaintiff's allegations.

6. Sheldon Landsberger, Ph.D.
   Nuclear Program Coordinator
   University of Texas at Austin
   Austin, TX 78713
   512/471-3434

Dr. Landsberger is expected to testify to the same effect as his testimony at the hearing of Plaintiff's grievance concerning the denial of his application for tenure as well as concerning other issues related to Plaintiff's allegations.

7. J. Parker Lamb, Ph.D.
   c/o University of Texas at Austin
   Austin, TX 78713
   512/471-3434

Dr. Lamb is expected to testify to the same effect as his testimony at the hearing of Plaintiff's grievance concerning the denial of his application for tenure as well as concerning other issues related to Plaintiff's allegations.

8. Graham Carey, Ph.D.
   Chair Professor - Aerospace Engineering
       And Engineering Mechanics
   College of Engineering
   University of Texas at Austin

Austin, TX 78713
512/471-3434

Dr. Carey is expected to testify to the same effect as his testimony at the hearing of Plaintiff's grievance concerning the denial of his application for tenure as well as concerning other issues related to Plaintiff's allegations.

9. Joseph J. Beaman, Jr., Ph.D.
   Department of Mechanical Engineering
   College of Engineering
   University of Texas at Austin
   Austin, TX 78713
   512/471-3434

Dr. Beaman is expected to testify to the same effect as his testimony at the hearing of Plaintiff's grievance concerning the denial of his application, including but not limited to Plaintiff's tenure application and the University's policies and procedures concerning tenure and how they have been applied.

10. David S. O'Kelly
    Associate Director of the Nuclear Engineering Teaching Laboratory
    Prc-Nucl Engr Teach Lab
    University of Texas at Austin
    Austin, TX 78712
    512/232-5373

Mr. O'Kelly is expected to testify regarding the assignment and usage of office space at the NETL.

11. Michael Krause
    Manager Operations & Maintenance
    Nuclear Engineering Teaching Laboratory
    Prc-Nucl Engr Teach Lab
    University of Texas at Austin
    Austin, TX 78712
    512/232-5376

Mr. Krause is expected to testify regarding the assignment and usage of office space at the NETL.

12. Wes Barnes, Ron Barr, David Blackstock, David Bourell, Mike Bryant, Melba Crawford, Mike Crawford, Zwy Eliezer, Eric Fahrenthold, John Goodenough, Paul Ho, Jack Howell, Paul Jensen, Jerry Jones, Billy Koen, Fred Ling, Kurt Marshek, Glenn Masada, Ron Matthews, Ken Ralls, Juan Sanchez, Phil Schmidt, Del Tesar, Gary Vliet, Bernard Wehring, and William Weldon
Professors
Current and former members of the Mechanical Engineering
    Department Budget Council
University of Texas at Austin
ETC II 5.160
Austin, Texas 78712-1063
512/471-0796

These professors are expected to testify regarding Plaintiff's tenure application and the University's policies and procedures concerning tenure and how they have been applied.

13. Jon Bard, Mark Hamilton, and Ron Panton
    Professors
    Mechanical Engineering Department
    University of Texas at Austin
    ETC II 5.160
    Austin, Texas 78712-1063
    512/471-0796

These professors are expected to testify regarding Plaintiff's tenure application and review by the Mechanical Engineering's Productivity Committee.

14. Kenneth R Diller, Professor, SCD
    Department of Mechanical Engineering
    Biomedical Engineering
    University of Texas at Austin
    Austin, TX 78712
    512/471-7167

*Abdurrahman/Defendants' Designation*
*Of Potential Witnesses and Proposed Exhibits*                                              PAGE 5

Dr. Diller is expected to testify regarding annual reports, Plaintiff's application for tenure, the University's policies and procedures concerning tenure and how they have been applied, and his email to Herbert Woodson dated April 10, 1995 regarding journals and publications.

15. Dr. Kenneth Lee Peddicord
    Member of ANRCP Governing Board
    Associate Vice Chancellor for Strategic Programs
    The Texas A&M University System
    Nuclear Engineering
    129 Zachry Engineering Center
    College Station, TX 77843-3133
    979/862-2831

Dr. Peddicord is expected to testify regarding ANCRP's operations and policies, including the policy that research funding be administered through the ANRCP, and the withdrawal of the Center's offer to fund a project submitted by Dr. Nelson and Dr. Adams.

16. Dr. Kathleen Harris
    Former Member of ANRCP Governing Board
    Assistant Vice President for Research
    Texas Tech University
    P.O. Box 41035
    Lubbock, Texas 79409
    806/742-3884 #228

Dr. Harris is expected to testify regarding ANCRP's operations and policies, including the policy that research funding be administered through the ANRCP, and the withdrawal of the Center's offer to fund a project submitted by Dr. Nelson and Dr. Adams.

17. Wales Madden, Jr.
    Member of ANRCP Governing Board
    P.O. Box 15288
    Amarillo, Texas 79101
    806/374-2422

*Abdurrahman/Defendants' Designation*
*Of Potential Witnesses and Proposed Exhibits*

PAGE 6

Mr. Madden is expected to testify regarding ANCRP's operations and policies, including the policy that research funding be administered through the ANRCP, and the withdrawal of the Center's offer to fund a project submitted by Dr. Nelson and Dr. Adams.

18. Bill Harris
    Director of the ANRC
    600 S. Tyler, Suite 800
    Amarillo, Texas 79101
    806/ 376-5533

Mr. Harris is expected to testify regarding ANCRP's operations and policies, including but not limited to: the policy that research funding be administered through the ANRCP; the withdrawal of the Center's offer to fund a project submitted by Dr. Nelson and Dr. Adams; Plaintiff's grants and proposals with the ANRCP; the management and operation of the ANRCP, funding and grants; and communications with Plaintiff.

19. Rick Hartley
    Former Deputy Director of the ANRCP
    BWXT-Pantex
    P.O. Box 30020
    Amarillo, Texas 79120
    806/477-6480

Mr. Hartley is expected to testify regarding ANCRP's operations and policies, including but not limited to: the policy that research funding be administered through the ANRCP; the withdrawal of the Center's offer to fund a project submitted by Dr. Nelson and Dr. Adams; Plaintiff's grants and proposals with the ANRCP; the management and operation of the ANRCP, funding and grants; and communications with Plaintiff.

20. Dr. Carl Beard
    Former Nuclear Program Manager for the
      Amarillo National Resource Center for Plutonium
    BWXT-Pantex
    P.O. Box 30020
    Amarillo, Texas 79120
    806/477-6480

Dr. Beard is expected to testify regarding Plaintiff's grants and proposals with the ANRCP, the management and operation of the ANRCP, funding and grants, and communications with Plaintiff.

21. David Watson
    Manager
    Finance and Administration for ANRC
    600 S. Tyler, Suite 800
    Amarillo, Texas 79101
    806/376-5533

Mr. Watson is expected to testify as to funding received by the Plaintiff from the ANRCP and his accounts.

## PROPOSED EXHIBITS

Defendants will select exhibits for trial from those at the grievance hearing. In addition, Defendants may use any exhibits designated by Plaintiff as well as rebuttal exhibits. Defendants reserve the right to amend and/or supplement this list of proposed exhibits as discovery proceeds.

## TESTIFYING EXPERTS

At this time, Defendants do not anticipate the need to present expert opinion testimony.

Defendants reserve the right to supplement and/or amend this list of potential

witnesses, proposed exhibits, and testifying experts as discovery proceeds.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD BALDWIN
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

MAUREEN MCCARTHY FRANZ
Texas Bar No. 24011516
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been sent via *certified mail, return receipt requested*, on June 4, 2001 to:

David T. Lopez
David T. Lopez & Assoc.
3900 Montrose Boulevard
Houston, Texas 77006-4959

MAUREEN MCCARTHY FRANZ
Assistant Attorney General