IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION



| NAEEM M. ABDURRAHMAN | § | |
| | § | |
| VS. | § | CIVIL NO. A–00-CA-813 JN |
| | § | |
| THE UNIVERSITY OF TEXAS, ET AL. | § | |

### ORDER

Before the Court is the Motion for Leave to Appear *Pro Hac Vice* filed on October 1, 2001.
The Court has reviewed the Motion and is of the opinion that the Motion should be Denied.

A person will be granted leave to appear *pro hac vice* before this Court if he/she is a member
in good standing of a state bar and he/she either: (1) has an application <u>on file</u> for admission to the
United States District Court for the Western District of Texas; or (2) has co-counsel who is a
member of the United States District Court for the Western District of Texas. Research of the
Clerk's Records indicates that Ms. Halpern has not filed an application for admission. Additionally,
Ms. Halpern does not state the name of her co-counsel who is admitted to the Western District of
Texas.

ACCORDINGLY, IT IS ORDERED that the Motion for Leave to Appear *Pro Hac Vice* is
DENIED.

SIGNED AND ENTERED this 2nd day of October, 2001.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE

26