IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| NAEEM M. ABDURRAHMAN, | ʃ | |
| | ʃ | |
| Plaintiff, | ʃ | |
| | ʃ | |
| | ʃ | |
| v. | ʃ | Civil Action No. A-00-CA-813 JN |
| | ʃ | |
| THE UNIVERSITY OF TEXAS, DALE E. | ʃ | |
| KLEIN, LARRY R. FAULKNER, | ʃ | |
| SHELDON EKLAND-OLSON, BEN G. | ʃ | |
| STREETMAN, NEAL E. ARMSTRONG, | ʃ | |
| SHELDON LANDSBERGER and | ʃ | |
| J. PARKER LAMB, | ʃ | |
| | ʃ | |
| Defendants. | ʃ | |

FILED OCT 3 1 2001 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

## ORDER OF REFERRAL TO MEDIATION

Plaintiff's motion for referral to mediation is granted. Ordered that the parties agree on a mediator within five days of the date of this order, or, alternatively, inform the court that agreement was not possible and that the court should appoint a mediator. Ordered, further, that promptly after the selection or appointment of the mediator, the parties shall contact the mediator to schedule a mediation conference to be held within 30 days of the date of this order, or as soon thereafter as any scheduling conflict can be resolved. Fees of the mediator shall be divided equally between the plaintiff and the defendants.

The mediation conference shall be conducted fully in accordance with the provisions of Local Rule CV-88.

SIGNED at Austin, Texas, this 31st day of OCTOBER, 2001.

JAMES NOWLIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
Western District of Texas

## Alternative Dispute Resolution Summary

1. Style of case: _____
2. Civil action number: _____
3. Nature of suit: _____
4. Date of Mediation: _____
5. When did the case settle? ☐ Before ADR ☐ In ADR ☐ Did Not Settle
6. What was your total fee? $_____ or ☐ Pro Bono
7. How was this Mediation initiated? ☐ by court order or ☐ agreement of the parties
8. Please provide the names, addresses, and telephone numbers of counsel:

Name: _____   Name: _____
Address: _____   Address: _____
_____   _____
Phone: _____   Phone: _____

Name: _____   Name: _____
Address: _____   Address: _____
_____   _____
Phone: _____   Phone: _____

9. Additional comments: _____
_____

_____       _____
Signature of Neutral                    Date

_____       _____
Address                                 

G:\USERS\MSIMON\FORMS\INTAKE\ADRFORM.SA

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR.*