FILED

FEB 2 2 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| NAEEM M. ABDURRAHMAN | § § | |
| v. | § § | CIVIL NO. A-00-CV-813 JN |
| THE UNIVERSITY OF TEXAS, et. al. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Reconsideration (Clerk's Doc. No. 48) filed 20 February 2002. The Court is of the opinion that the Motion lacks merit and should be denied; Plaintiff's arguments that were not raised in his summary-judgment briefs have been waived, and Plaintiff's old arguments fare no better upon further review.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration is hereby DENIED.

SIGNED AND ENTERED this 22nd day of February, 2002.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE

49